IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOMO BARNETT** | : | CIVIL ACTION NO. 1:CV-13-1617 |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| **LAUREL HARRY, et al.** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the court in the captioned action is an April 16, 2014 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the report and recommendation of Magistrate Judge Blewitt.

2) Respondents' Motion to Dismiss the Petition for Writ of Habeas Corpus (Doc. No. 9) is **GRANTED** as untimely under the AEDPA.

3) The Clerk of Court shall close the file.

　S/ Yvette Kane　
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: May 6, 2014.